The Honorable Thomas S. Zilly
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYRONE WILLIAMS,

    Plaintiff,

vs.

KING COUNTY, a political subdivision of the State of Washington; CITY OF SEATAC, a municipal corporation; SEATAC POLICE DEPARTMENT; KING COUNTY SHERIFF'S DEPARTMENT; BRIAN BELONGIA and Jane Doe and the marital community composed thereof,

    Defendants.

No. C17-1085-TSZ

STIPULATION AND ORDER DISMISSING PLAINTIFF'S NEGLIGENCE AND MUNICIPAL LIABILITY CLAIMS ONLY

## Stipulation of the Parties

The parties stipulate as follows: Plaintiff's claims in his Complaint for Violation of Civil Rights and Damages, specifically negligent hiring, training and supervision of Deputy Brian Belongia as outlined in his second cause of action; and civil rights violation re: hiring, training and supervising Deputy Belongia as outlined in his third cause of action are dismissed, with prejudice, and without costs or attorney's fees to any party.

STIPULATION AND ORDER DISMISSING
PLAINTIFF'S NEGLIGENCE AND MUNICIPAL
LIABILITY CLAIMS ONLY - 1

CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

Plaintiff's claims of violation of his right to be free from excessive force under 42 U.S.C. § 1983 as outlined in his first cause of action, remain in their entirety.

DATED: July 13, 2018.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *Daniel L. Kinerk*
DANIEL L. KINERK, WSBA #13537
Senior Deputy Prosecuting Attorneys
Attorneys for Defendants
500 Fourth Avenue, Suite 900
Seattle, WA 98104
Phone: (206) 296-8820
Email: dan.kinerk@kingcounty.gov

By: *Matthew D. Hartman (telephonic approval given)*
MATTHEW D. HARTMAN, WSBA #
Attorney for Plaintiff
Impact Law Group PLLC
1325 Fourth Avenue, Suite 1400
Seattle, WA 9811
Phone: (206) 792-5230
Email: matt@impactlawgroup.com

**Order**

IT IS SO ORDERED.

July 16, 2018.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER DISMISSING
PLAINTIFF'S NEGLIGENCE AND MUNICIPAL
LIABILITY CLAIMS ONLY - 2

CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819