The Honorable Thomas S. Zilly
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYRONE WILLIAMS,<br><br>                                Plaintiff,<br><br>   vs.<br><br>KING COUNTY, a political subdivision of the State of Washington; CITY OF SEATAC, a municipal corporation; SEATAC POLICE DEPARTMENT; KING COUNTY SHERIFF'S DEPARTMENT; BRIAN BELONGIA and Jane Doe and the marital community composed thereof,<br><br>                               Defendants. | No. C17-1085-TSZ<br><br>STIPULATION AND ORDER DISMISSING KING COUNTY, KING COUNTY SHERIFF'S OFFICE, CITY OF SEATAC AND SEATAC POLICE DEPARTMENT ONLY |

## Stipulation of the Parties

The parties stipulate as follows: Defendants King County, City of SeaTac, SeaTac Police Department and the King County Sheriff's Department are dismissed as named parties in this lawsuit. Defendant Brian Belongia remains as the sole, named party in this lawsuit as to all of Plaintiff's claims of violation of his right to be free from excessive force under 42 U.S.C. § 1983 as outlined in his first cause of action.

STIPULATION AND ORDER DISMISSING KING COUNTY, KING COUNTY SHERIFF'S OFFICE, CITY OF SEATAC AND SEATAC POLICE DEPARTMENT ONLY - 1

CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

DATED: July 13, 2018.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *Daniel L. Kinerk*
DANIEL L. KINERK, WSBA #13537
Senior Deputy Prosecuting Attorneys
Attorneys for Defendants
500 Fourth Avenue, Suite 900
Seattle, WA 98104
Phone: (206) 296-8820
Email: dan.kinerk@kingcounty.gov

By: *Matthew D. Hartman (telephonic approval given)*
MATTHEW D. HARTMAN, WSBA #
Attorney for Plaintiff
Impact Law Group PLLC
1325 Fourth Avenue, Suite 1400
Seattle, WA 9811
Phone: (206) 792-5230
Email: matt@impactlawgroup.com

## Order

IT IS SO ORDERED.

July 16, 2018.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER DISMISSING KING COUNTY, KING COUNTY SHERIFF'S OFFICE, CITY OF SEATAC AND SEATAC POLICE DEPARTMENT ONLY - 2