UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYRONE WILLIAMS,

        Plaintiff,

  v.

BRIAN BELONGIA, et al.,

        Defendants.

C17-1085 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The trial date of October 15, 2018, and all remaining related dates and deadlines are STRICKEN, and will be reset, if appropriate, after the Court rules on defendants' pending motion for summary judgment, docket no. 23.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2018.

                    William M. McCool
                    Clerk

                    s/Karen Dews
                    Deputy Clerk

MINUTE ORDER - 1