UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYRONE WILLIAMS,

        Plaintiff,

  v.

BRIAN BELONGIA,

        Defendant.

C17-1085 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for summary judgment, docket no. 23, is DENIED. The Court concludes that genuine disputes of material fact preclude summary judgment. *See* Fed. R. Civ. P. 56(a). The Court makes no ruling concerning whether defendant might be entitled to qualified immunity based on factual determinations made by a jury. *See* Comment to 9th Cir. Model Instr. No. 9.34.

(2) The Court hereby SETS the following dates and deadlines:

| | |
|---|---|
| **JURY TRIAL DATE (5 days)** | **December 3, 2018** |
| The parties shall engage in mediation pursuant to Local Civil Rule 39.1(c) on or before | October 15, 2018 |
| Motions in limine filing deadline | October 25, 2018 |
| Agreed pretrial order due | November 9, 2018 |

MINUTE ORDER - 1

| Trial briefs, proposed voir dire questions, and jury instructions due | November 9, 2018 |
| --- | --- |
| Pretrial conference | November 16, 2018 at 10:30 a.m. |

  (3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of September, 2018.

             William M. McCool
             Clerk

             s/Karen Dews
             Deputy Clerk