UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYRONE WILLIAMS,

        Plaintiff,

v.

BRIAN BELONGIA,

        Defendant.

C17-1085 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered September 4, 2018, docket no. 33, the Court denied defendant's motion for summary judgment, concluding that the issue of whether defendant is entitled to qualified immunity involves genuine disputes of material fact. To be clear, defendant sought in his motion to invoke qualified immunity on the basis of an alleged mistake of fact, as opposed to a mistake of law; in essence, he argued that he is entitled to qualified immunity because his actions were based on reasonable mistakes of fact concerning whether plaintiff posed a risk to him, his fellow officers, and/or the public. The parties agree that plaintiff was not armed during the incident, but defendant asserts that he was justified in using lethal force and discharging his firearm because plaintiff charged into him while running away from the scene of a burglary and then spun back toward him as if to shoot. Plaintiff admits fleeing from the residence at issue, but indicates that he ran around defendant to avoid any physical contact, and he denies looking back, spinning, decelerating, or making any stutter steps before defendant shot him. Defendant contends that plaintiff's injuries, namely a fractured left seventh (7th) rib and lumbar spine (L2-3) and loss of the spleen and left kidney, are consistent with defendant's, not plaintiff's, version of events, but defendant's own expert, a forensic pathologist, has indicated that determining plaintiff's "immediate position or activity

MINUTE ORDER - 1

prior to being shot" is "not possible." Ex. 10 to Kinerk Decl. (docket no. 24 at 132). Given this record, the Court had no option but to deny defendant's motion for summary judgment. Defendant has appealed to the United States Court of Appeals for the Ninth Circuit. Plaintiff's counsel has inquired of the case administrator, via an ex parte telephone call, whether this case will be stayed pending the Ninth Circuit's review. The briefing on appeal will not be complete until after this matter is set for trial on December 3, 2018, *see* Time Schedule Order (docket no. 35), and the case is unlikely to be remanded before the opening and answering briefs are filed on November 5, 2018, and December 5, 2018, respectively. Thus, the Court STRIKES the trial date and all remaining related dates and deadlines, and STAYS this action pending the Ninth Circuit's mandate. The parties are DIRECTED to file a Joint Status Report within fourteen (14) days of the issuance of a mandate or by June 28, 2019, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of October, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2