UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYRONE WILLIAMS,

        Plaintiff,

v.

BRIAN BELONGIA,

        Defendant.

C17-1085 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The United States Court of Appeals for the Ninth Circuit having issued a mandate on November 29, 2018, docket no. 37, indicating that defendant's appeal was voluntarily dismissed by stipulation of the parties, the parties are DIRECTED to file a Joint Status Report by December 14, 2018, indicating (i) whether they have resolved the merits of this matter or merely the issues on appeal (relating to qualified immunity), (ii) if they have reached a settlement, whether this case can be dismissed with prejudice and without costs to either party, and (iii) if they have not reached a settlement, when they anticipate being prepared for trial.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of December, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1